UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
                                            §
DOTE, SERGIO LAMBATIN                       §     Case No. 12-08041 PSH
DOTE, MARICOR PFLEIDER                      §
                                            §
                                            §
                Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 12-08041 | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | | Date Filed (f) or Converted (c): | 02/29/12 (f) |
| | DOTE, MARICOR PFLEIDER | | 341(a) Meeting Date: | 04/23/12 |
| For Period Ending: | 02/06/15 | | Claims Bar Date: | 08/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 587 Raupp Blvd Buffalo Grove, IL 60089 - (Debtors Stay lifted per order 7/12/12 | 284,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America checking account - xxxxxx2530 | 50.00 | 0.00 | | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur | 75.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel. | 150.00 | 0.00 | | 0.00 | FA |
| 6. Earrings, watch, wedding rings | 250.00 | 0.00 | | 0.00 | FA |
| 7. Anticipated 2011 Federal & State Income Tax Refund Refund received by Debtor, non exempt portion totaled $5,400, Debtor agreed to repay estate in installments: repaying estate $1,000 down and $400 per month for 11 months. Debtor is unable to repay the Estate in full (unpaid balance is $1,200) due to the fact that he lost his job and has not found new employment. Collection of the remaining $1,200 would minimally increase distribution to unsecured creditors by 3% and would unnecessarily delay the closing of this case. Trustee will abandon balance at closing | 10,450.00 | 5,400.00 | | 4,200.00 | FA |
| 8. 2001 GMC Jimmy with over 200,000 miles | 2,713.00 | 0.00 | | 0.00 | FA |
| 9. 2004 Toyota Sienna 150,000 miles | 6,933.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $306,121.00 | $5,400.00 | | $4,200.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors received proceeds of non-exempt tax refund post-petition; Debtors agreed to turnover the funds in installments

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-08041    Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
| Case Name: | DOTE, SERGIO LAMBATIN | Date Filed (f) or Converted (c): | 02/29/12 (f) |
| | DOTE, MARICOR PFLEIDER | 341(a) Meeting Date: | 04/23/12 |
| | | Claims Bar Date: | 08/29/12 |

of $400 per month.   Debtors delinquent in payments.  Three payments remain outstanding; Trustee pursued collection. Debtor lost job and unable to pay remaining balance.  Trustee determined that additional collection efforts would only minimally increase distribution to unsecured creditors and would unnecessarily delay the closing of this case, Trustee reviewed claims and prepared his final report.

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 10/31/14

Case 12-08041 Doc 33 Filed 02/18/15 Entered 02/18/15 16:23:07 Desc Main
Document Page 5 of 14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Associated Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******6784 Checking Account |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 02/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,697.90 | | 3,697.90 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,687.90 |
| 02/05/14 | 003001 | International Sureties | Bond Premium Payment | 2300-000 | | 2.96 | 3,684.94 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,674.94 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,664.94 |
| 04/07/14 | 7 | Wheeling Curency Exchange, Inc. | Tax Refund | 1124-000 | 400.00 | | 4,064.94 |
| | | c/o Sergio L. Dote, Jr. | | | | | |
| | | 857 W. Dundee Rd | | | | | |
| | | Wheeling, IL 60090 | | | | | |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,054.94 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,044.94 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,034.94 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,024.94 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,014.94 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,004.94 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,994.94 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,984.94 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,974.94 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,964.94 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,954.94 |

Page Subtotals  4,097.90  142.96

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
LFORM24
Ver: 18.04

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-08041 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | Bank Name: | Associated Bank |
|  | DOTE, MARICOR PFLEIDER | Account Number / CD #: | *******6784  Checking Account |
| Taxpayer ID No: | *******6657 |  |  |
| For Period Ending: | 02/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | COLUMN TOTALS |  | 4,097.90 | 142.96 | 3,954.94 |
|  |  | Less: Bank Transfers/CD's |  | 3,697.90 | 0.00 |  |
|  |  | Subtotal |  | 400.00 | 142.96 |  |
|  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 400.00 | 142.96 |  |

Page Subtotals          0.00          0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 12-08041 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | Bank Name: | Congressional Bank |
|  | DOTE, MARICOR PFLEIDER | Account Number / CD #: | *******7516  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6657 |  |  |
| For Period Ending: | 02/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/26/12 | 7 | SERGIO L. DOTE, JR. | TAX REFUND | 1124-000 | 1,000.00 |  | 1,000.00 |
| 07/24/12 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 |  | 1,400.00 |
| 08/27/12 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 |  | 1,800.00 |
| 10/29/12 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 |  | 2,200.00 |
| 01/14/13 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 |  | 2,600.00 |
| 02/07/13 | 001001 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment BOND # 016026455 | 2300-000 |  | 2.10 | 2,597.90 |
| 02/27/13 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 800.00 |  | 3,397.90 |
| * 03/11/13 |  | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 |  | 3,407.90 |
| 03/11/13 |  | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 |  | 10.00 | 3,397.90 |
| * 04/10/13 |  | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 |  | 3,387.90 |
| 04/22/13 |  | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 |  | 10.00 | 3,377.90 |
| 05/22/13 |  | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 |  | 10.00 | 3,367.90 |

Page Subtotals        3,400.00        32.10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Congressional Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******7516 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 02/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | | | | |
| 05/24/13 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 | | 3,767.90 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | 2600-000 | | 10.00 | 3,757.90 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,747.90 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,737.90 |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,727.90 |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,717.90 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,707.90 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 3,697.90 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 3,697.90 | 0.00 |

Page Subtotals   400.00   3,767.90

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Congressional Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******7516 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 02/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,800.00 | 3,800.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 3,697.90 | |
| | | | Subtotal | | 3,800.00 | 102.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,800.00 | 102.10 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - ********6784 | | 400.00 | 142.96 | 3,954.94 |
| | | | Checking Account (Non-Interest Earn - ********7516 | | 3,800.00 | 102.10 | 0.00 |
| | | | | | ------------------ | ------------------ | ------------------ |
| | | | | | 4,200.00 | 245.06 | 3,954.94 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) (Page: 9)

LFORM24

Ver: 18.04

| Page 1 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | | Date: February 09, 2015 |

Case Number: 12-08041  
Debtor Name: DOTE, SERGIO LAMBATIN  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Administrative | | $1,050.00 | $0.00 | $1,050.00 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $1,050.00 | $0.00 | $1,050.00 |
| BOND 001<br>2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | <br><br>2221656784   02/05/14   3001 | $2.96<br><br> | $2.96<br><br>2.96 | $0.00 |
| | Subtotal For Claim Type 2300-00  Bond Payments | | | $2.96 | $2.96 | $0.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | Claim transfered 5/11/13 | $763.31 | $0.00 | $763.31 |
| 000002<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Claim transfered 1/18/13<br>GAP or GEMB | $932.87 | $0.00 | $932.87 |
| 000003<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Claim transfered 1/17/13<br>(3-1) Chase Bank USA, N.A (WAMU) | $4,702.48 | $0.00 | $4,702.48 |
| 000004<br>070<br>7100-00 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (4-1) HSBC RETAIL CARD SERVICES, INC. | $676.80 | $0.00 | $676.80 |
| 000005<br>070<br>7100-00 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (5-1) HSBC RETAIL CARD SERVICES, INC. | $507.44 | $0.00 | $507.44 |
| 000006<br>070<br>7100-00 | US BANK N.A. as Servicer for<br>TOYOTA FINANCIAL SERV<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | (6-1) cc 5873 | $811.25 | $0.00 | $811.25 |
| 000007<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (7-1) Unsecured Debt | $876.01 | $0.00 | $876.01 |
| 000008<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788 | Unsecured | (8-1) Unsecured Debt | $1,500.16 | $0.00 | $1,500.16 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | Date: February 09, 2015 |

Case Number:   12-08041
Debtor Name:   DOTE, SERGIO LAMBATIN

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Kirkland, WA 98083-0788 | | | | | |
| 000009 070 7100-00 | AMERICAN HONDA FINANCE CORPORATION NATIONAL BANKRUPTCY CENTER P.O. BOX 168088 IRVING, TX 75016-8088 | Unsecured | (9-1) Auto Finance Deficiency | $5,974.81 | $0.00 | $5,974.81 |
| 000010 070 7100-00 | Cavalry Portfolio Services, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | Unsecured | (10-1) Cavalry Portfolio Services LLC as assignee of HSBC Bank Nevada NA/Best Buy | $623.55 | $0.00 | $623.55 |
| 000011 070 7100-00 | Atlas Acquisitions LLC (Citicorp Trust Bank) 294 Union St. Hackensack, NJ 07601 | Unsecured | | $1,702.69 | $0.00 | $1,702.69 |
| 000012 070 7100-00 | Toyota Motor Credit Corporation c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (12-1) DEFICIENCY BALANCE RELATED TO MOTOR VEHICLE LOAN | $15,805.78 | $0.00 | $15,805.78 |
| 000013 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $2,701.87 | $0.00 | $2,701.87 |
| 000014 070 7100-00 | Springleaf Financial S Attn: Bankruptcy Dept. 3615 W 95Th St Evergreen Park, IL 60805 | Unsecured | (14-1) Modified on 8/27/2012 to correct creditor address per claim, FR | $2,586.94 | $0.00 | $2,586.94 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $40,165.96 | $0.00 | $40,165.96 |
| | Case Totals: | | | $41,218.92 | $2.96 | $41,215.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-08041 PSH
Case Name: DOTE, SERGIO LAMBATIN
            DOTE, MARICOR PFLEIDER
Trustee Name: Joseph A. Baldi

        Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | Midland Funding LLC | $ | $ | $ |
| 000003 | Midland Funding LLC | $ | $ | $ |
| 000004 | Bureaus Investment Group Portfolio No 15 LLC | $ | $ | $ |
| 000005 | Bureaus Investment Group Portfolio No 15 LLC | $ | $ | $ |
| 000006 | US BANK N.A. as Servicer for TOYOTA FINANCIAL SERV | $ | $ | $ |
| 000007 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000008 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000009 | AMERICAN HONDA FINANCE CORPORATION | $ | $ | $ |
| 000010 | Cavalry Portfolio Services, LLC | $ | $ | $ |
| 000011 | Atlas Acquisitions LLC (Citicorp Trust Bank) | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Toyota Motor Credit Corporation | $ | $ | $ |
| 000013 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000014 | Springleaf Financial S | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE