## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
                                      §
DOTE, SERGIO LAMBATIN                 §    Case No. 12-08041
DOTE, MARICOR PFLEIDER                §
                                      §
                                      §
_____Debtor(s)_____§_____

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                      Jeffrey P. Allsteadt
                      Clerk of the U.S. Bankruptcy Court
                      219 S. Dearborn, 7th Floor
                      Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

                      10:30 a.m., on Tuesday March 17, 2015
                      in Courtroom  644, U.S. Courthouse
                      219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                                     Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DOTE, SERGIO LAMBATIN § Case No. 12-08041
DOTE, MARICOR PFLEIDER §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,200.00 |
| and approved disbursements of | $ | 245.06 |
| leaving a balance on hand of[1] | $ | 3,954.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 1,050.00 | $ 0.00 | $ 1,050.00 |
| Other: International Sureties | $ 2.96 | $ 2.96 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,050.00 |
| Remaining Balance | | | $ 2,904.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,165.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 763.31 | $ 0.00 | $ 55.21 |
| 000002 | Midland Funding LLC | $ 932.87 | $ 0.00 | $ 67.47 |
| 000003 | Midland Funding LLC | $ 4,702.48 | $ 0.00 | $ 340.10 |
| 000004 | Bureaus Investment Group Portfolio No 15 LLC | $ 676.80 | $ 0.00 | $ 48.95 |
| 000005 | Bureaus Investment Group Portfolio No 15 LLC | $ 507.44 | $ 0.00 | $ 36.70 |
| 000006 | US BANK N.A. as Servicer for TOYOTA FINANCIAL SERV | $ 811.25 | $ 0.00 | $ 58.67 |
| 000007 | Quantum3 Group LLC as agent for | $ 876.01 | $ 0.00 | $ 63.35 |
| 000008 | Quantum3 Group LLC as agent for | $ 1,500.16 | $ 0.00 | $ 108.50 |
| 000009 | AMERICAN HONDA FINANCE CORPORATION | $ 5,974.81 | $ 0.00 | $ 432.12 |
| 000010 | Cavalry Portfolio Services, LLC | $ 623.55 | $ 0.00 | $ 45.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Atlas Acquisitions LLC (Citicorp Trust Bank) | $ 1,702.69 | $ 0.00 | $ 123.14 |
| 000012 | Toyota Motor Credit Corporation | $ 15,805.78 | $ 0.00 | $ 1,143.13 |
| 000013 | PYOD, LLC its successors and assigns as assignee | $ 2,701.87 | $ 0.00 | $ 195.41 |
| 000014 | Springleaf Financial S | $ 2,586.94 | $ 0.00 | $ 187.09 |

Total to be paid to timely general unsecured creditors    $    2,904.94

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Sergio Lambatin Dote
Maricor Pfleider Dote
    Debtors

Case No. 12-08041-PSH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: corrinal      Page 1 of 2      Date Rcvd: Feb 23, 2015
                       Form ID: pdf002      Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2015.

```
db/jdb        +Sergio Lambatin Dote,   Maricor Pfleider Dote,    587 Raupp Blvd,    Buffalo Grove, IL 60089-3434
18560315      +AT&T,   Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
19110990      +Atlas Acquisitions LLC (Citicorp Trust Bank),    294 Union St.,    Hackensack, NJ 07601-4303
18560308      +Chase,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
18560295      +Chase Bank USA  N.A,   C/O Equable Ascent Financi,    5 Revere Dr,    Northbrook, IL 60062-1566
18560303      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18560304      +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18560307     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court:  HSBC/Best Buy,   Attn: Bankruptcy Dept.,    Po Box 15519,
                Wilmington, DE 19850)
18560311     #+Ledford & Wu,   Attn: Bankruptcy Dept.,    200 S Michigan Ave,   Ste 209,
                Chicago, IL 60604-2406
18560296      +Onemain,   Attn: Bankruptcy Dept.,    Po Box 499,    Hanover, MD 21076-0499
18560302      +Sears/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
18560309      +TNB - Target,   Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
18560314     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corp.,    Bankruptcy Department,
                19001 S. Western Ave.,    FN 21,    Torrence, CA 90509)
18560298      +Toyota FSB,   Attn: Bankruptcy Dept.,    Po Box 108,    Saint Louis, MO 63166-0108
18605261       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
18560305      +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
19022383       US BANK N.A. as Servicer for TOYOTA FINANCIAL SERV,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229
18560297     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:  Wells Fargo HM Mortgag,    Attn: Bankruptcy Dept.,
                8480 Stagecoach Cir,    Frederick, MD 21701)
18560301      +Wfnnb/Valucityroomstod,   Attn: Bankruptcy Dept.,    Po Box 182303,    Columbus, OH 43218-2303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19064874       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 24 2015 00:15:31
                AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
                IRVING, TX 75016-8088
18560317       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 24 2015 00:15:31      American Honda Finance,
                Attn: Bankruptcy Dept.,    2170 Point Blvd Ste 100,    Elgin, IL 60123
18997645       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2015 00:20:49
                American InfoSource LP as agent for,    Target,    PO Box 248866,
                Oklahoma City, OK  73124-8866
20320063       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2015 00:20:58
                American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK  73124-8866
19109418      +E-mail/Text: bnc@atlasacq.com Feb 24 2015 00:15:22      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
19022197       E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2015 00:20:57
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19064986      +E-mail/Text: bankruptcy@cavps.com Feb 24 2015 00:15:32      Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
18560316      +E-mail/Text: bknotice@erccollections.com Feb 24 2015 00:15:30      Enhanced Recovery Corp.,
                Bankruptcy Department,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
19016625       E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2015 00:20:53      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18560313      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2015 00:20:48      GE Money Bank,
                Bankruptcy Department,    PO Box 981400,    El Paso, TX 79998-1400
18560300      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2015 00:20:53      Gecrb/GAP,
                Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
18560293      +E-mail/Text: bankruptcy@cavps.com Feb 24 2015 00:15:32      HSBC Bank Nevada  BEST BUY,
                C/O Cavalry Portfolio SERV,    7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
19927315       E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2015 00:20:49      Midland Funding LLC,
                By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
19355910      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2015 00:20:53
                PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
19017122       E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2015 00:20:58      Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19053480       E-mail/Text: bnc-quantum@quantum3group.com Feb 24 2015 00:15:27
                Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                Kirkland, WA  98083-0788
19927316       E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2015 00:20:49
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
18560294       E-mail/PDF: cbp@springleaf.com Feb 24 2015 00:20:48      Springleaf Financial S,
                Attn: Bankruptcy Dept.,    3615 W 95Th St,    Evergreen Park, IL 60805
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2                  Date Rcvd: Feb 23, 2015
                              Form ID: pdf002             Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                               TOTAL: 18
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18560310*     +Chase,    Attn: Bankruptcy Dept.,     Po Box 15298,     Wilmington, DE 19850-5298
18560306*     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,     PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: HSBC/Hlzbg,     Attn: Bankruptcy Dept.,    Po Box 15524,
                 Wilmington, DE 19850)
19141536*      Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18560312      ##+Ashley Furniture,    Bankruptcy Dept.,    6801 S. 27th St.,    Franklin, WI 53132-8045
18560299      ##+Wfnnb/Express,    Attn: Bankruptcy Dept.,    Po Box 330066,    Northglenn, CO 80233-8066
                                                                                     TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2015 at the address(es) listed below:
```
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ryan S Fojo    on behalf of Joint Debtor Maricor Pfleider Dote ndil@geracilaw.com
          Ryan S Fojo    on behalf of Debtor Sergio Lambatin Dote ndil@geracilaw.com
          Sharon L Hunt    on behalf of Debtor Sergio Lambatin Dote ndil@geracilaw.com
          Sharon L Hunt    on behalf of Joint Debtor Maricor Pfleider Dote ndil@geracilaw.com
          Toni  Townsend    on behalf of Creditor   Wells Fargo Bank, N.A. toni.townsend@pierceservices.com,
           northerndistrict@atty-pierce.com
                                                                                               TOTAL: 7
```