UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                §
                                      §
                                      §
DOTE, SERGIO LAMBATIN                 §   Case No. 12-08041
DOTE, MARICOR PFLEIDER                §
                                      §
                                      §
Debtor(s)                             §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 255,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 45,635.00 |
| Total Distributions to Claimants: 2,904.94 | Claims Discharged<br>Without Payment: 47,206.02 |
| Total Expenses of Administration: 1,295.06 | |

3) Total gross receipts of $ 4,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,200.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 271,462.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,295.06 | 1,295.06 | 1,295.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,858.00 | 40,165.96 | 40,165.96 | 2,904.94 |
| **TOTAL DISBURSEMENTS** | $ 338,320.00 | $ 41,461.02 | $ 41,461.02 | $ 4,200.00 |

   4)  This case was originally filed under chapter 7 on  02/29/2012 .  The case was pending for 41 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  07/16/2015                    By:/s/Joseph A. Baldi
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated 2011 Federal & State Income Tax Refund | 1124-000 | 4,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo HM Mortgag Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 | | 271,462.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 271,462.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 1,050.00 | 1,050.00 | 1,050.00 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 5.06 | 5.06 | 5.06 |
| Associated Bank | 2600-000 | NA | 140.00 | 140.00 | 140.00 |
| CONGRESSIONAL BANK | 2600-000 | NA | 100.00 | 100.00 | 100.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,295.06 | $ 1,295.06 | $ 1,295.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 Ledford & Wu Attn: Bankruptcy Dept. 200 S Michigan Ave Chicago IL 60604 | | 1,500.00 | NA | NA | 0.00 |
| | 14 Onemain Attn: Bankruptcy Dept. Po Box 499 Hanover MD 21076 | | 5,990.00 | NA | NA | 0.00 |
| | 20 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 3 AT&T Bankruptcy Dept. 1585 Waukegan Road Waukegan IL 60085 | | 316.00 | NA | NA | 0.00 |
| | 4 Chase Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 745.00 | NA | NA | 0.00 |
| | 5 Chase Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 1,394.00 | NA | NA | 0.00 |
| | 7 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp. Bankruptcy Department 8014 Bayberry Road Jacksonville FL 32256 | | 0.00 | NA | NA | 0.00 |
| | GE Money Bank Bankruptcy Department PO Box 981400 El Paso TX 79998 | | 0.00 | NA | NA | 0.00 |
| 000009 | AMERICAN HONDA FINANCE CORPORATION | 7100-000 | 22,795.00 | 5,974.81 | 5,974.81 | 432.12 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 763.00 | 763.31 | 763.31 | 55.21 |
| 000011 | ATLAS ACQUISITIONS LLC (CITICORP TR | 7100-000 | 1,702.00 | 1,702.69 | 1,702.69 | 123.14 |
| 000004 | BUREAUS INVESTMENT GROUP PORTFOLIO | 7100-000 | 637.00 | 676.80 | 676.80 | 48.95 |
| 000005 | BUREAUS INVESTMENT GROUP PORTFOLIO | 7100-000 | 478.00 | 507.44 | 507.44 | 36.70 |
| 000010 | CAVALRY PORTFOLIO SERVICES, LLC | 7100-000 | 608.00 | 623.55 | 623.55 | 45.10 |
| 000002 | MIDLAND FUNDING LLC | 7100-000 | 932.00 | 932.87 | 932.87 | 67.47 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | MIDLAND FUNDING LLC | 7100-000 | 4,702.00 | 4,702.48 | 4,702.48 | 340.10 |
| 000013 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 2,701.00 | 2,701.87 | 2,701.87 | 195.41 |
| 000007 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 876.00 | 876.01 | 876.01 | 63.35 |
| 000008 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,500.00 | 1,500.16 | 1,500.16 | 108.50 |
| 000014 | SPRINGLEAF FINANCIAL S | 7100-000 | 2,603.00 | 2,586.94 | 2,586.94 | 187.09 |
| 000012 | TOYOTA MOTOR CREDIT CORPORATION | 7100-000 | 15,805.00 | 15,805.78 | 15,805.78 | 1,143.13 |
| 000006 | US BANK N.A. AS SERVICER FOR TOYOTA | 7100-000 | 811.00 | 811.25 | 811.25 | 58.67 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 66,858.00 | $ 40,165.96 | $ 40,165.96 | $ 2,904.94 |

FORM 1 - SERGIO & MARICOR DOTE
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-08041 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
| Case Name: | DOTE, SERGIO LAMBATIN | | | Date Filed (f) or Converted (c): | 02/29/12 (f) |
| | DOTE, MARICOR PFLEIDER | | | 341(a) Meeting Date: | 04/23/12 |
| For Period Ending: | 07/16/15 | | | Claims Bar Date: | 08/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 587 Raupp Blvd Buffalo Grove, IL 60089 - (Debtors Stay lifted per order 7/12/12 | 284,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America checking account - xxxxxx2530 | 50.00 | 0.00 | | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur | 75.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel. | 150.00 | 0.00 | | 0.00 | FA |
| 6. Earrings, watch, wedding rings | 250.00 | 0.00 | | 0.00 | FA |
| 7. Anticipated 2011 Federal & State Income Tax Refund  Refund received by Debtor, non exempt portion totaled $5,400, Debtor agreed to repay estate in installments: repaying estate $1,000 down and $400 per month for 11 months.  Debtor is unable to repay the Estate in full (unpaid balance is $1,200) due to the fact that he lost his job and has not found new employment.  Collection of the remaining $1,200 would minimally increase distribution to unsecured creditors by 3% and would unnecessarily delay the closing of this case.  Trustee will abandon balance at closing | 10,450.00 | 5,400.00 | | 4,200.00 | FA |
| 8. 2001 GMC Jimmy with over 200,000 miles | 2,713.00 | 0.00 | | 0.00 | FA |
| 9. 2004 Toyota Sienna 150,000 miles | 6,933.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.05

UST Form 101-7-TDR (10/1/2010)  (Page: 8)

FORM 1 - SERGIO & MARICOR DOTE
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-08041 PSH Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
| Case Name: | DOTE, SERGIO LAMBATIN | Date Filed (f) or Converted (c): | 02/29/12 (f) |
| | DOTE, MARICOR PFLEIDER | 341(a) Meeting Date: | 04/23/12 |
| | | Claims Bar Date: | 08/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $306,121.00 | $5,400.00 | | $4,200.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors received proceeds of non-exempt tax refund post-petition; Debtors agreed to turnover the funds in installments

of $400 per month.   Debtors were delinquent in payment to Trustee. Three payments remain outstanding; Trustee pursued

collection.  Due to the debtor losing job, he was unable to pay remaining balance.  Trustee determined that additional

collection efforts would only minimally increase distribution to unsecured creditors and would unnecessarily delay the

closing of this case, Trustee reviewed claims, prepared his final report, and disbursed funds on hand.


Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 10/31/14


       /s/    Joseph A. Baldi
_____ Date: 07/16/15
       JOSEPH A. BALDI

FORM 2 - SERGIO & MARICOR DOTE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Associated Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******6784 Checking Account |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,697.90 | | 3,697.90 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,687.90 |
| 02/05/14 | 003001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 2.96 | 3,684.94 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,674.94 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,664.94 |
| 04/07/14 | 7 | Wheeling Curency Exchange, Inc.<br>c/o Sergio L. Dote, Jr.<br>857 W. Dundee Rd<br>Wheeling, IL 60090 | Tax Refund | 1124-000 | 400.00 | | 4,064.94 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,054.94 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,044.94 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,034.94 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,024.94 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,014.94 |

Page Subtotals     4,097.90     82.96

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2 - SERGIO & MARICOR DOTE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Associated Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******6784 Checking Account |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,004.94 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,994.94 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,984.94 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,974.94 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,964.94 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,954.94 |
| 03/26/15 | 003002 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,050.00 | 2,904.94 |
| 03/26/15 | 003003 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000001, Payment 7.23297% | 7100-000 | | 55.21 | 2,849.73 |
| 03/26/15 | 003004 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Claim 000002, Payment 7.23252% | 7100-000 | | 67.47 | 2,782.26 |
| 03/26/15 | 003005 | Midland Funding LLC By its authorized agent Recoser, LLC | Claim 000003, Payment 7.23235% | 7100-000 | | 340.10 | 2,442.16 |

Page Subtotals 0.00 1,572.78

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2 - SERGIO & MARICOR DOTE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Associated Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******6784 Checking Account |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | | | | | |
| 03/26/15 | 003006 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000004, Payment 7.23257% | 7100-000 | | 48.95 | 2,393.21 |
| 03/26/15 | 003007 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000005, Payment 7.23238% | 7100-000 | | 36.70 | 2,356.51 |
| 03/26/15 | 003008 | US BANK N.A. as Servicer for TOYOTA FINANCIAL SERV BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000006, Payment 7.23205% | 7100-000 | | 58.67 | 2,297.84 |
| 03/26/15 | 003009 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000007, Payment 7.23165% | 7100-000 | | 63.35 | 2,234.49 |
| 03/26/15 | 003010 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000008, Payment 7.23256% | 7100-000 | | 108.50 | 2,125.99 |

Page Subtotals 0.00 316.17

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2 - SERGIO & MARICOR DOTE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Associated Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******6784 Checking Account |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/15 | 003011 | AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | Claim 000009, Payment 7.23236% | 7100-000 | | 432.12 | 1,693.87 |
| 03/26/15 | 003012 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Claim 000010, Payment 7.23278% | 7100-000 | | 45.10 | 1,648.77 |
| 03/26/15 | 003013 | Atlas Acquisitions LLC (Citicorp Trust Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000011, Payment 7.23209% | 7100-000 | | 123.14 | 1,525.63 |
| 03/26/15 | 003014 | Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000012, Payment 7.23235% | 7100-000 | | 1,143.13 | 382.50 |
| 03/26/15 | 003015 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000013, Payment 7.23240% | 7100-000 | | 195.41 | 187.09 |
| 03/26/15 | 003016 | Springleaf Financial S<br>Attn: Bankruptcy Dept.<br>3615 W 95Th St<br>Evergreen Park, IL 60805 | Claim 000014, Payment 7.23210% | 7100-000 | | 187.09 | 0.00 |

Page Subtotals  0.00  2,125.99

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2 - SERGIO & MARICOR DOTE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Associated Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******6784 Checking Account |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,097.90 | 4,097.90 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 3,697.90 | 0.00 | |
| | | | Subtotal | | 400.00 | 4,097.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 400.00 | 4,097.90 | |

Page Subtotals      0.00      0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2 - SERGIO & MARICOR DOTE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Congressional Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******7516 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/12 | 7 | SERGIO L. DOTE, JR. | TAX REFUND | 1124-000 | 1,000.00 | | 1,000.00 |
| 07/24/12 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 | | 1,400.00 |
| 08/27/12 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 | | 1,800.00 |
| 10/29/12 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 | | 2,200.00 |
| 01/14/13 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 | | 2,600.00 |
| 02/07/13 | 001001 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment BOND # 016026455 | 2300-000 | | 2.10 | 2,597.90 |
| 02/27/13 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 800.00 | | 3,397.90 |
| * 03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 3,407.90 |
| 03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of | 2600-000 | | 10.00 | 3,397.90 |

Page Subtotals   3,410.00   12.10

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 15)*

Case 12-08041    Doc 42    Filed 08/07/15    Entered 08/07/15 15:33:24    Desc Main
Document    Page 16 of 18

Page: 7
Exhibit 9

FORM 2 - SERGIO & MARICOR DOTE
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-08041 -PSH | | Trustee Name: | Joseph A. Baldi |
| Case Name: | DOTE, SERGIO LAMBATIN | | Bank Name: | Congressional Bank |
| | DOTE, MARICOR PFLEIDER | | Account Number / CD #: | *******7516  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6657 | | | |
| For Period Ending: | 07/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | | | | |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee  Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 3,387.90 |
| 04/22/13 | | CONGRESSIONAL BANK  6500 Rock Spring Drive, Suite 300  Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,377.90 |
| 05/22/13 | | CONGRESSIONAL BANK  6500 Rock Spring Drive, Suite 300  Bethesda, MD 20817 | Monthly Bank Service Fee  Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 3,367.90 |
| 05/24/13 | 7 | SERGIO L. DOTE, JR. | Tax Refund | 1124-000 | 400.00 | | 3,767.90 |
| 06/09/13 | | CONGRESSIONAL BANK  6500 Rock Spring Drive, Suite 300  Bethesda, MD 20817 | Monthly Bank Service Fee  The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | 2600-000 | | 10.00 | 3,757.90 |
| 07/05/13 | | CONGRESSIONAL BANK  6500 Rock Spring Drive, Suite 300  Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,747.90 |

Page Subtotals    390.00    40.00

Ver: 18.05

LFORM24
UST Form 101-7-TDR (10/1/2010)  (Page: 16)

FORM 2 - SERGIO & MARICOR DOTE  
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8  
Exhibit 9

| Case No: | 12-08041 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | Bank Name: | Congressional Bank |
| | DOTE, MARICOR PFLEIDER | Account Number / CD #: | *******7516 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6657 | | |
| For Period Ending: | 07/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,737.90 |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,727.90 |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,717.90 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 3,707.90 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 3,697.90 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 3,697.90 | 0.00 |

Page Subtotals 0.00 3,747.90

Ver: 18.05

LFORM24  
**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

**FORM 2** — **SERGIO & MARICOR DOTE**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-08041 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | DOTE, SERGIO LAMBATIN | Bank Name: | Congressional Bank |
| | DOTE, MARICOR PFLEIDER | Account Number / CD #: | *******7516 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6657 | | |
| For Period Ending: | 07/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 3,800.00 | 3,800.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 3,697.90 | |
| | Subtotal | | 3,800.00 | 102.10 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 3,800.00 | 102.10 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********6784 | 400.00 | 4,097.90 | 0.00 |
| Checking Account (Non-Interest Earn - ********7516 | 3,800.00 | 102.10 | 0.00 |
| | 4,200.00 | 4,200.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 18.05